UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH MICHAEL DAVIS,

    Plaintiff,

v.                                                   Case No. 3:21cv1429-LC-HTC

SHERIFF CHIP SIMMONS,
J HILL,
DEPUTIES SEVERAL UNKNOWN NAMES,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 19, 2021 (ECF No. 4), recommending dismissal based on Plaintiff's failure to truthfully disclose prior litigation, status as a three-striker under 28 U.S.C. § 1915(g) and Plaintiff's failure to pay the filing fee at the time he initiated this action. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report

Case No. 3:21cv1429-LC-HTC

and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as frivolous or malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for failing to truthfully disclose prior litigation history, and also because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 19th day of November, 2021.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1429-LC-HTC